**Dismiss and Opinion Filed September 22, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01105-CV**

**DEBORAH ANN PRUITT, Appellant**
**V.**
**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-14194**

## MEMORANDUM OPINION

Before Justices Osborne, Nowell, and Smith
Opinion by Justice Osborne

Appellant has filed a motion withdrawing her appeal. *See* TEX. R. APP. P.

42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

211105f.p05

/Leslie Osborne//
LESLIE OSBORNE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DEBORAH ANN PRUITT,
Appellant

No. 05-21-01105-CV          V.

PROGRESSIVE COUNTY
MUTUAL INSURANCE
COMPANY, Appellee

On Appeal from the 162nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-14194.
Opinion delivered by Justice
Osborne, Justices Nowell and Smith
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 22nd day of September 2022.